UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOHN K. LUCE, II,

    Plaintiff,

 -against-

YRC INC., YRC INC. d/b/a YELLOW FREIGHT;
YRC WORLDWIDE ENTERPRISE SERVICES, INC.,
YRC FREIGHT;
YRC WORLDWIDE, INC.;
YELLOW FREIGHT SYSTEM INC.;

    Defendants.

Docket No.:
1:21-cv-00718 (GTS/DJS)

**NOTICE OF APPEARANCE**

---

  **PLEASE TAKE NOTICE**, Andrew W. Kirby, Esq., of the law firm of Conway & Kirby, PLLC, pursuant to Local Rule 83.2(a), hereby appears as counsel of record for the plaintiff, John K. Luce, II, in the above-referenced action.

Dated: July 27, 2021

    CONWAY & KIRBY, PLLC

    _____
    ANDREW W. KIRBY
    Bar Roll #506328
    *Attorneys for Plaintiff*
    413 Kenwood Avenue
    Delmar, New York 12054
    (518) 533-1050
    awk@cklawyers.com

TO: MARK F. WERLE, ESQ.
Bar Roll #510430
RYAN SMITH & CARBINE, P.C.
*Attorneys for Defendants*
*YRC Inc.; YRC Inc. d/b/a YRC Freight, i/s/h/a "YRC Freight",*
*i/s/h/a YRC Worldwide, Inc., i/s/h/a Yellow Freight System Inc.,*
*and improperly stated to be d/b/a "Yellow Freight"; and*
*YRC Worldwide Enterprise Services, Inc.*
511 Glen Street
Glens Falls, New York 12801
Tel. No.: (518) 499-1272
Fax No.: (518) 499-1273
Email: mfw@rsclaw.com