UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
JOHN K. LUCE, II,                                    Docket No. 1:21-cv-00718-GTS-DJS

                           Plaintiff,

        - against -

YRC INC., YRC INC. d/b/a YELLOW FREIGHT;
YRC WORLDWIDE ENTERPRISE SERVICES, INC.,
YRC FREIGHT; YRC WORLDWIDE, INC.; and
YELLOW FREIGHT SYSTEM INC.,

                           Defendants.
--------------------------------------------------------------------x


## SUPPLEMENTAL NOTICE OF REMOVAL


TO THE CLERK OF THE ABOVE-ENTITLED COURT:

        PLEASE TAKE NOTICE that the defendants, hereby supplement paragraph 4 to their

Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 as follows:


        4.      Upon information and belief, the plaintiff will demand judgment against the

defendants in an amount that exceeds $75,000 exclusive of interest and costs, since he

communicated a settlement demand of $200,000 through his counsel on June 24, 2019 to

Richard Vannaman of Sedgwick, CMS, Inc.; and plaintiff claims to have sustained, among other

injuries, a radial fracture of his left elbow requiring surgical correction, and a concussion.

Dated: August 9, 2021

Respectfully submitted,

RYAN SMITH & CARBINE, P.C.


By:    */s/ Mark F. Werle*
     Mark F. Werle
     511 Glen Street
     Glens Falls, New York 12801
     Tel.: (518) 499-1272
     Fax: (518) 499-1273
     E-mail: mfw@rsclaw.com

     *Attorneys for defendants,*
     YRC INC.; YRC INC. d/b/a YRC Freight,
     i/s/h/a "YRC Freight", i/s/h/a YRC
     Worldwide, Inc., i/s/h/a Yellow Freight
     System Inc., and improperly stated to be
     d/b/a "Yellow Freight;  and YRC
     WORLDWIDE ENTERPRISE SERVICES, INC.


TO:    Peter A. McDaniel, Esq.
       Andrew W. Kirby, Esq.
       CONWAY & KIRBY, PLLC
       413 Kenwood Ave
       Delmar, New York 12054
       (518) 533-1050
       E-mail: pmd@cklawyers.com
           awk@cklawyers.com
       *Attorneys for plaintiff*

4619-291/1147882

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JOHN K. LUCE, II,                                     Docket No.: 1:21-cv-00718-GTS-DJS

                        Plaintiff,

            - against -                                **CERTIFICATE OF SERVICE**

YRC INC., YRC INC. d/b/a YELLOW FREIGHT;
YRC WORLDWIDE ENTERPRISE SERVICES, INC.,
YRC FREIGHT; YRC WORLDWIDE, INC.; and
YELLOW FREIGHT SYSTEM INC.,

                        Defendants.
-------------------------------------------------------------------x

        I hereby certify that on August 9, 2021, I electronically filed the foregoing with the Clerk
of the District Court using the CM/ECF system, which sent notification of such filing to the
following:

                        Peter A. McDaniel, Esq.
                        Andrew W. Kirby, Esq.
                        CONWAY & KIRBY, PLLC
                        413 Kenwood Ave
                        Delmar, New York 12054
                        (518) 533-1050
                        E-mail: pmd@cklawyers.com
                                    awk@cklawyers.com


Dated:  August 9, 2021

                                            */s/ Mark F. Werle*
                                            Mark F. Werle
                                            RYAN SMITH & CARBINE, P.C.
                                            511 Glen Street
                                            Glens Falls, New York 12801
                                            Tel.: (518) 499-1272
                                            Fax: (518) 499-1273
                                            E-mail: mfw@rsclaw.com

                                            *Attorneys for defendants,*
                                            YRC INC.; YRC INC. d/b/a YRC Freight,
                                            i/s/h/a "YRC Freight", i/s/h/a YRC
                                            Worldwide, Inc., i/s/h/a Yellow Freight
                                            System Inc., and improperly stated to be
                                            d/b/a "Yellow Freight;  and YRC
                                            WORLDWIDE ENTERPRISE SERVICES, INC.

4619-291/ #1147896