UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JOHN K. LUCE, II,　　　　　　　　　　　　　　Docket No.: 1:21-cv-00718-GTS-DJS

　　　　　　　　　Plaintiff,

　　- against -　　　　　　　　　　　　　　　　**CERTIFICATE OF SERVICE**

YRC INC., YRC INC. d/b/a YELLOW FREIGHT;
YRC WORLDWIDE ENTERPRISE SERVICES, INC.,
YRC FREIGHT; YRC WORLDWIDE, INC.; and
YELLOW FREIGHT SYSTEM INC.,

　　　　　　　　　Defendants.
-------------------------------------------------------------------x

　　　　The undersigned certifies under the penalty of perjury that on the date indicated below,

**Defendants' Initial Disclosures Pursuant to Fed. R. Civ. Proc. Rule 26(a)** was served upon

the following persons via e-mail at the addresses indicated below:

　　　　　　　　　Peter A. McDaniel, Esq.
　　　　　　　　　Andrew W. Kirby, Esq.
　　　　　　　　　CONWAY & KIRBY, PLLC
　　　　　　　　　413 Kenwood Ave
　　　　　　　　　Delmar, New York 12054
　　　　　　　　　E-mail: pmd@cklawyers.com
　　　　　　　　　　　　　awk@cklawyers.com

Dated:  August 11, 2021

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mark F. Werle*
　　　　　　　　　　　　　　　　　　　　　　　Mark F. Werle
　　　　　　　　　　　　　　　　　　　　　　　RYAN SMITH & CARBINE, P.C.
　　　　　　　　　　　　　　　　　　　　　　　511 Glen Street
　　　　　　　　　　　　　　　　　　　　　　　Glens Falls, New York 12801
　　　　　　　　　　　　　　　　　　　　　　　Tel.: (518) 499-1272
　　　　　　　　　　　　　　　　　　　　　　　Fax: (518) 499-1273
　　　　　　　　　　　　　　　　　　　　　　　E-mail: mfw@rsclaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for defendants,*
　　　　　　　　　　　　　　　　　　　　　　　YRC INC.; YRC INC. d/b/a YRC Freight,
　　　　　　　　　　　　　　　　　　　　　　　i/s/h/a "YRC Freight", i/s/h/a YRC
　　　　　　　　　　　　　　　　　　　　　　　Worldwide, Inc., i/s/h/a Yellow Freight
　　　　　　　　　　　　　　　　　　　　　　　System Inc., and improperly stated to be
　　　　　　　　　　　　　　　　　　　　　　　d/b/a "Yellow Freight;  and YRC
　　　　　　　　　　　　　　　　　　　　　　　WORLDWIDE ENTERPRISE SERVICES, INC.

4619-291/ #1148125