UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

JOHN K. LUCE, II,   Case No.: 1:21-cv-00718-GTS-DJS

                Plaintiff,

- against -   **STATUS REPORT**

YRC INC., YRC INC. d/b/a YELLOW FREIGHT;
YRC WORLDWIDE ENTERPRISE SERVICES, INC.,
YRC FREIGHT; YRC WORLDWIDE, INC.; and
YELLOW FREIGHT SYSTEM INC.,

                Defendants.
---------------------------------------------------------------------x

The parties submit this Status Report pursuant to this Court's Uniform Scheduling Order dated July 27, 2021:

1. The defendants supplemented their Notice of Removal to address the plaintiff's concern raised at the Rule 16 Initial Pretrial Conference held on July 27, 2021 related to the amount in controversy in this diversity matter.

2. The parties exchanged their Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1) on or about August 11, 2021.

3. The parties filed their Stipulation Selecting Mediator, Mark Sonders, Esq. on September 8, 2021.

4. The defendants filed a Motion for Leave to File and Serve a Third Party Summons and Complaint on September 24, 2021. No opposition has been filed.

Thank you for this opportunity to report.

Dated: October 25, 2021

   */s/ Peter A. McDaniel*                    */s/ Mark F. Werle*
Andrew W. Kirby                              Mark F. Werle
Peter A. McDaniel                          RYAN SMITH & CARBINE, P.C.
CONWAY & KIRBY PLLC          mfw@rsclaw.com
awk@cklawyers.com                  (518) 499-1272
pmd@cklawyers.com
(518) 533-1050

                                                                                    4619-291/ #1173907